**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Damon DOCK, Jr., a/k/a Damon Dock, Jr., Defendant-Appellant.**

**No. 17-6722**

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 24, 2017

Damon L. Dock, Jr., Appellant Pro Se. Jennifer R. Bockhorst, Zachery T. Lee, Assistant United States Attorneys, Abingdon, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Dock, Jr., appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dock*, No. 1:11-cr-00026-JPJ-4 (W.D. Va. May 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*